**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6305

MICHAEL G. MICK,

Plaintiff - Appellant,

versus

JANET RENO; WILLIAM THOMPSON, Warden, FCI,
Morgantown, WV; BRENDA BARRETT, Health Ser-
vices Administrator; A. BLANCO, Physician's
Assistant; M. BLANCO, Physician's Assistant;
J. AHAMED, Physician's Assistant; R. WHITENER,
Physician's Assistant; VICTOR SIHA, M.D.;
UNNAMED CORRECTIONAL OFFICERS, P.T.U.; G. L.
BOGDEN, Assistant Warden, FCI, Morgantown, WV,

Defendants - Appellees.

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Clarksburg.  William M. Kidd, Senior
District Judge.  (CA-96-13-1)

Submitted:  May 16, 1996                Decided:  June 6, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael G. Mick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his complaint filed under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). The district court dismissed the complaint pursuant to 28 U.S.C. § 1915(d) (1988). We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mick v. Reno</u>, No. CA-96-13-1 (N.D.W. Va. Feb. 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>